IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALMA BOYKINS,

    Plaintiff,

VS.

                                      NO. 03-2351-Ma

SEARS AND ROEBUCK, INC.,

    Defendant.

ORDER GRANTING MOTION FOR EXTENSION TIME
TO FILE BRIEF

Before the court is defendant's July 1, 2005, unopposed motion requesting an extension of the deadlines for filing post trial briefs. For good cause shown, the motion is granted. The deadline for filing proposed findings of fact and conclusions of law is July 18, 2005. The reply deadline is July 28, 2005.

It is so ORDERED this 14th day of July, 2005.

                                        SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 2:03-CV-02351 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Alma Boykins
1335 Busby Ave.
Memphis, TN 38127

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT