IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALMA BOYKINS,

    Plaintiff,

VS.                               NO. 03-2351-MaP

SEARS AND ROEBUCK, INC.,

    Defendant.

---

ORDER

---

On November 3, 2004, plaintiff filed a motion *in limine* to exclude previous employment information (D.E. #50). The court entered an order on May 19, 2005, (D.E. #69) denying plaintiff's motions *in limine*, including the motion to exclude employment information. The motion should therefore be removed from the 6-month CJRA pending motions list.

It is so ORDERED this 19th day of August, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:03-CV-02351 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Alma Boykins
1335 Busby Ave.
Memphis, TN 38127

Honorable Samuel Mays
US DISTRICT COURT