UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15 PM 5:35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ALMA BOYKINS,

    Plaintiff,

v.                                            Cv. No. 03-2351-Ma

SEARS & ROEBUCK, INC.,

    Defendant.

# JUDGMENT

This action having come before the Court for trial on June 20, 2005, the Honorable Samuel H. Mays, Jr. presiding, and the issues having been duly tried and a decision having been duly rendered in the Court's Memorandum Opinion, Findings of Fact and Conclusions of Law, docketed September 6, 2005,

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Alma Boykins, take nothing and that the action be dismissed on the merits.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 15, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   9-16-05

97

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:03-CV-02351 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Alma Boykins
1335 Busby Ave.
Memphis, TN 38127

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT